### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE K. WHITE, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| HARVARD SECURITY, LLC, | : | |
| *Defendant.* | : | No.  25-cv-0622 |

### ORDER

**AND NOW**, this **27th** day of **January 2026**, upon review of Defendant's Motion to Dismiss (ECF No. 25), Plaintiff's Response (ECF No. 29), Plaintiff's Opposition to the Motion to Dismiss (ECF No. 31), Plaintiff's Amended Opposition to the Motion to Dismiss (ECF No. 32), Plaintiff's Motion for Appointment of Counsel (ECF No. 33), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 25) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. The Complaint will be dismissed **WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order, on or before **February 26, 2026**.  After thirty days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

3. Plaintiff's Motion for Appointment of Counsel is **DENIED** (ECF No. 33) for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**