**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYRONE K. WHITE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HARVARD SECURITY, LLC, et al.** | : | |
| *Defendants.* | : | **No.  25-cv-0622** |

### FINAL ORDER

**AND NOW**, this **19th** day of **May 2026**, upon review of Defendants' Motion to Dismiss (ECF No. 41), Plaintiff's Motion to Proceed (ECF No. 45), Plaintiff's Motion Not to Dismiss (ECF No. 46), and the docket, it is hereby **ORDERED** as follows:

1.  Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

2.  Plaintiff's Motion to Proceed (ECF No. 45) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

3.  Plaintiff's Motion Not to Dismiss (ECF No. 46) is **CONSTRUED** as an "Opposition to Defendants' Motion to Dismiss" for the reasons stated in the accompanying memorandum opinion.

4.  The Amended Complaint (ECF No. 39) is **DISMISSED with prejudice**.

5.  The Clerk of Court is **DIRECTED** to terminate the pending Motions and close the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**